UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Jeff Anderson ) | Case No. 17-19233-KHT |
| SSN: xxx-xx-9068 ) | Chapter 7 |
| ) | |
| Debtor. ) | |

ORDER ON UNITED STATES TRUSTEE'S
MOTION TO REOPEN CASE UNDER 11 U.S.C. § 350

The matter before the Court is the Motion to Reopen under 11 U.S.C. § 350 filed by the United States Trustee. The Court has reviewed the motion and file and finds that cause exists to reopen the case. It is therefore

ORDERED that the Motion is granted and the within case is hereby reinstated.

IT IS FURTHER ORDERED that the United States Trustee is authorized to appoint a trustee.

IT IS FURTHER ORDERED that the filing fee is hereby deferred until such time as the trustee has collected assets in the within estate, at which time the trustee shall remit the required fee to the Court.

Done this 23rd day of February, 2018.

BY THE COURT:

Kimberley H. Tyson, Judge
United States Bankruptcy Court